UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **STEPHEN ALLEN LUKENS #739828,** Plaintiff | **CIVIL DOCKET NO. 1:21-CV-02072 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STATE OF LOUISIANA,** Defendant | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

# J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 11], and after a *de novo* review of the record including the Objection filed by Plaintiff [ECF No. 12], and having determined that the findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [ECF No. 1] is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 7th day of December 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE